# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

          Plaintiff,

          v.

SAMUEL FREDRICK DAVIS,

          Defendant.

Case No. 3:21-cr-00012-01-SLG-MMS

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 327. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant entered a guilty plea to Count 1ss of the Second Superseding Indictment, Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 841 (a)(1) and 846, and admitted to the Criminal Forfeiture Allegations 1 and 2.

Judge Scoble issued a Final Report and Recommendation at Docket 379, in which he recommended that the District Court accept Defendant's plea of guilty to Count 1ss of the Second Superseding Indictment and Defendant's admission to

Criminal Forfeiture Allegations 1 and 2. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it in part. IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1ss of the Second Superseding Indictment—Conspiracy to Distribute a Controlled Substance—and Defendant is adjudged GUILTY of Count 1ss.  IT IS FURTHER ORDERED that the Court ACCEPTS Defendant's admission to Criminal Forfeiture Allegation 1 only.  Defendant is not listed in the Second Superseding Indictment as to Criminal Forfeiture Allegation 2, and the Court REJECTS that portion of the Final Report and Recommendation as to Criminal Forfeiture Allegation 2.[1]  An Imposition of Sentence hearing is scheduled for September 1, 2022, at 10:00 a.m. before Judge Sharon L. Gleason in Courtroom 2.

DATED this 2nd day of August, 2022, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

---

[1] Either party may raise an objection to this ruling at the Imposition of Sentence hearing.

Case No. 3:21-cr-00012-SLG-MMS, *United States v. Davis*
Order Re Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty
Page 2 of 2
Case 3:21-cr-00012-SLG-MMS   Document 389   Filed 08/02/22   Page 2 of 2